UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 24-CR-10201-PBS |
| | ) | |
| STEVEN MADISON, | ) | |
| CHRISTOPHER WHITE, | ) | |
| QUENTIN MCDONALD, and | ) | |
| ELGUN MIKAIYLOV | ) | |
| | ) | |

### ASSENTED-TO MOTION TO FILE EXHIBIT UNDER SEAL

The United States respectfully requests that the Court permit the United States to file an exhibit to its Opposition to Defendant McDonald's Motion to Suppress under seal. Pursuant to Local Rule 7.2, the United States asks that this exhibit remain under seal until further order of the Court.

As grounds for this request, the United States submits that the exhibit is a search warrant application that remains under seal. As such, the United States submits that there is good cause for the exhibit to be sealed. Undersigned counsel has conferred with counsel for Defendant McDonald, who assents to this motion.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:    */s/ John J. Reynolds III*
John J. Reynolds III, BBO# 672295
Assistant United States Attorney
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3354
john.reynolds2@usdoj.gov

Dated:  October 28, 2025

Certificate of Service

     I hereby certify that this document will be sent by email to the to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                          */s/ John J. Reynolds III*
                                          John J. Reynolds III
                                          Assistant United States Attorney